IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>KALI EMANNUEL WINN,<br><br>                Defendant. | 4:23CR3111<br><br>**AMENDED ORDER** |

      This matter is before the court on the government's Unopposed Motion to Continue Trial and Briefing Deadline [31]. This request is unopposed by the Defendant and is due, in part, to the unavailability of necessary witnesses, the likely collection of additional evidence that is to be disclosed to defense counsel, and the litigation of Winn's Motion to Compel Discovery. For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [31] is granted, as follows:

1. The jury trial now set for July 8, 2024, is continued to **August 12, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 12, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned magistrate judge.

4. For good cause shown in the motion, the government's briefing deadline in response to Winn's Motion to Compel Discovery [27] is granted. The government's response to Winn's Motion to Compel Discovery is extended to **June 18, 2024**.

Dated this 6th day of June, 2024.

                                                        BY THE COURT:

                                                        s/Jacqueline M. DeLuca
                                                        Jacqueline M. De Luca
                                                        United States Magistrate Judge